Enter

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON A. LOUISVILLE, JR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN GUITERREZ, <br><br> Respondent. | Case No. CV 11-00189 AG (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the accompanying Memorandum and Order.



Dated: January 23, 2011

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE